UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MICHAEL SHENEMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 3:17-CV-124 JD |
| BARBARA BROOK, *et al.*, | ) ) |
| Defendants. | ) ) |

OPINION and ORDER

Michael Sheneman, a pro se prisoner, was granted until March 16, 2017, to pay the $400.00 filing fee. He was cautioned that if he did not respond by that deadline, this case would be dismissed without further notice. That deadline has passed, but he has not paid the filing fee.

For these reasons, the court:

(1) **DISMISSES** this case **WITHOUT PREJUDICE** for non-payment of the filing fee;

(2) **ORDERS** the plaintiff, **Michael Sheneman, BOP # 11310-027**, to pay (and the facility having custody of him to automatically remit) to the clerk of this court 20 percent of the money he receives for each calendar month during which he receives $10.00 or more, until the **$400.00** filing fee is paid in full;

(3) **DIRECTS** the clerk to create a ledger for receipt of these funds; and

(4) **DIRECTS** the clerk of court to ensure that a copy of this order is mailed to each facility where the plaintiff is housed until the filing fee has been paid in full.

SO ORDERED.

ENTERED:  April 4, 2017

/s/ JON E. DEGUILIO
Judge
United States District Judge