AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MICHAEL SHENEMAN;
        Plaintiff(s)
    v.     **Civil Action No.**   3:17CV124

BARBARA BROOK, AUSA;
JESSE BARRETT, AUSA;
DAVID JONES, ESQ;
        Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:   This case is hereby DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge   Jon E. DeGuilio.

DATE:   April 4, 2017          ROBERT TRGOVICH, CLERK OF COURT

                                by      S/ J. Darrah
                                *Signature of Clerk or Deputy Clerk*